# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MERCATOR LINES LIMITED (SINGAPORE) PTE, LTD, TARGET SHIP MANAGEMENT PTE, LTD., and the M/V GAURAV PREM, in rem, <br><br> Petitioners. <br><br> Re: Seafarer Witness Prastana Taohim <br><br> and <br><br> UNITED STATES OF AMERICA <br><br> vs. <br><br> M/V/ GAURAV PREM <br><br> Re: Material Witness Prastana Taohim, | MISC. NO. 11-00024-CG-C <br><br><br><br><br><br><br><br><br><br> Criminal No. 11-mj-00203-N |

## ORDER

This matter is before the Court on the United States' appeal (Doc. 30) from the Magistrate Judge's Order granting Prastana Taohim's emergency petition and requiring the United States to conduct Taohim's deposition not later than December 9, 2011. (Doc. 24).

The Court has considered the Magistrate Judge's Order, the record in this case, the briefs of the parties and authorities cited therein. The court finds that the Magistrate Judge's Order (Doc. 24) is neither clearly erroneous, contrary to law, or an abuse of discretion, and is therefore **AFFIRMED.**

**DONE and ORDERED** this 18th day of November, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE